# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **VETERINARY CARE, INC.,** *et al* | § | Case No. 19-35736 (CML) |
| | § | |
| DEBTOR(s)[1] | § | (Jointly Administered) |

## NOTICE OF APPOINTMENT OF OFFICIAL
## <u>COMMITTEE OF UNSECURED CREDITORS</u>

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | | |
|---|---|---|
| James Kelly, DVM<br>13506 Douglas Llame Road<br>Houston, TX 77044 | 832-248-6398<br>Jkelly1841@att.net | |
| | | |
| Lynn Stucky, DVM<br>5885 Canyon Road<br>Sanger, TX 76266 | 940-231-1614<br>stuckyzoo@aol.com | |
| | | |
| Beshoy Rafla, DVM<br>521 Spotswood Gravel Hill Road<br>Monroe, NJ 08831 | 646-667-8531<br>Drrafla2010@gmail.com | |
| | | |
| Boehringer Ingelheim<br>PO Box 281348<br>Atlanta, GA 30384 | 706-552-2426<br>markbounds@boehringer-ingelhein.com | |

---

[1] The debtors in these chapter 11 cases (the "Bankruptcy Case(s)"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Veterinary Care, Inc. (3844) and TVET Management LLC (1790). The Debtors' mailing address is 2700 Post Oak Blvd., 21st Floor, Houston, Texas 77056.

| | |
|---|---|
| Robert Foley, DVM<br>858 Cedar Road North<br>Bellmore, NY 11710 | 646-675-8445<br>foleydvm@hotmail.com |

Dated: January 31, 2020          HENRY G. HOBBS, JR.
                                                 ACTING UNITED STATES TRUSTEE

                                                 By: /s/ *Stephen D. Statham*
                                                 Stephen D. Statham
                                                 Trial Attorney
                                                 Texas Bar No.19082500
                                                 Office of the United States Trustee
                                                 515 Rusk Avenue, Suite 3516
                                                 Houston, TX 77002
                                                 (713) 718-4650 Ext 232
                                                 (713) 718-4670 Fax

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on this 31st day of January, 2020.

                                                 */s/ Stephen D. Statham*
                                                 Stephen D. Statham
                                                 Trial Attorney